JS-6 / ENTERED

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Plaintiff ~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 3-12-13

DEPUTY CLERK

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAR 12 2013
CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

VICTOR G. RAMIREZ,                ) Case No. EDCV 12-0849-GAF (JPR)
                                  )
            Plaintiff,            )
                                  )        J U D G M E N T
       vs.                        )
                                  )
MATTHEW CATE et al.,              )
                                  )
            Defendants.           )
_____)

  Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

  IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: March 11, 2013

_____
GARY A. FEESS
U.S. DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAR 12 2013
CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY